USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERVIN RIVERA, <br><br> Plaintiff, <br><br> -against- <br><br> METROPOLITAN TRANSPORTATION AUTHORITY AND METRO NORTH RAILROAD, <br><br> Defendants. | 1:23-cv-05353-MKV <br><br> ORDER OF DISMISSAL |

**MARY KAY VYSKOCIL, United States District Judge:**

The Court has been advised by the mediator that the court-ordered mediation in this case was held and agreement was reached on all issues. [ECF No. 12]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by December 6, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: November 6, 2023
New York, NY

MARY KAY VYSKOCIL
United States District Judge